# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
APR 27 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s): 1. Lawrence Sayles

vs.

Defendant(s): 1. City of Tulsa, OK

Case Number: **22 CV-193 CVE-JFJ**

## COMPLAINT

### A. Parties

1) Lawrence D. Sayles (Plaintiff), is a citizen of Oklahoma (State)

   who presently resides at 2801 S. Juniper Ave #127 (mailing address if different from residence)

2) Defendant City of Tulsa, OK (Name of first defendant) is a citizen of Tulsa, OK (City, State)

   and is employed as City of Tulsa. (Position and title, if any)

3) Defendant N/A (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as _____ (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

### B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   International Property Maintenance Code.

### C. Nature of Case

1) Briefly state the background of your case:
   (A) 111.7 Court review (110.3, 112.4) Failure to Comply

### D. Cause of Action

I allege the following:

1. Failure to Comply 110.3, 112.4

Complaint   1   CV-05 (12/05)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Submitted Notice and Orders in Arpil 2021 to to a Tulsa Police Department. Arpil 2020 Notice and

2. Order for premise 7355 Langsieg ~~tentie team~~. Police Report Number 20210180174.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

103.5 Fees

_Lawrence Sayles_
Original Signature of Plaintiff

2801 S Juniper Ave. #122
Current Address

Broken Arrow   OK   74012
City                State   ZIP

918-409-2018
Telephone

TULSA POLICE DEPARTMENT SUMMARY SUPPLEMENT REPORT

REPORT NUMBER: 2021018074



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 26Z | Miscellaneous | X | 04/10/2021 01:10 AM | 04/10/2022 01:10 AM | 04/11/2022 12:15 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22005810 | 175 East 2 STREET, Tulsa, OK 74103 | 10888/LaDonna Scott |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | IV | sayles | lawrence | | *** | *** | * | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | *** | *** | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | iccmember8491481@gmail.com | | *** | | | | | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | | | *** | | | | | | |

## NARRATIVE

COVER SHEET  civil / criminal complaint

Defendant City of Tulsa
107.1/107.2
103.4{ in good faith and without malice
107.1/107.2 {5> expired}
109.1 goto 110.1/110.2/110.3/
106.1/106.2/106.4{ multiple times 365 days}/106.5{ for all neglected task, placards plus}
107.6/(107.6.1 { transfer of ownership fee (pending approval)}
111.8
112
112.4 ( residential $1.00 to $ 100,000)( commercial $5,000 to $10,000,000)

plaintiff Lawrence Sayles
107.1/107.2/107.3
111.7
103.4.1/
104.5/104.1/104.5 { member card}
111.7/111.1/111.2/111.2.1/111.2.2/111.2.3/111.2.4/111.2.5/111.3/111.4/111.5/111.6/111.6.1
111.6.2/
112.1/112.2